**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2023**

———————

AGBEGNIGAN AMOUZOU,

Petitioner,

versus

JOHN ASHCROFT,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A78-603-311)

———————

Submitted:  January 10, 2005       Decided:  January 24, 2005

———————

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Theodore Nkwenti, Silver Spring, Maryland, for Petitioner.  Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Larry P. Cote, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Agbegnigan Amouzou, a native and citizen of Togo, seeks review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider.  Amouzou's petition for review is timely only as to the Board's order denying reconsideration.  8 U.S.C. § 1252(b)(1) (2000) (petition for review must be filed within thirty days of final order of removal); see Stone v. INS, 514 U.S. 386 (1995) (holding order of removal and denial of motion to reconsider are separate final orders, each subject to relevant time limit for review).

We have reviewed the record and the Board's order and find the Board did not abuse its discretion in denying the motion for reconsideration.  See 8 C.F.R. § 1003.2(a) (2004).  Therefore, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED